UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

FILED

2021 MAR 16  P 4: 11

U.S. BANKRUPTCY COURT

------------------------------------X
In re:                              :    Chapter 7
                                    :
DIANE McDOUGALL,                    :    Case No. 19-50073 (JAM)
                                    :
        Debtor                      :
------------------------------------X    March 12, 2021

## REPORT OF SMALL/UNCLAIMED DIVIDENDS

The undersigned trustee reports:

_____  The dividend(s) payable to the creditor(s) listed in Exhibit A hereto is (are) in an amount less than that Specified in Bankruptcy Rule 3010.

\_\_X\_\_  More than ninety (90) days have passed since the final distribution. I have made a reasonable effort to locate those creditors who did not cash their checks within 90 days or whose checks were returned undeliverable. The dividend(s) payable to the creditor(s) listed in Exhibit A hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned trustee remits herewith a check in the total amount shown on Exhibit A for deposit into the United States Treasury, pursuant to chapter 129 of title 28.

DATED:       March 12, 2021.

_____
Richard M. Coan, Trustee (ct06376)
Coan, Lewendon, Gulliver
& Miltenberger, LLC
495 Orange Street
New Haven, CT 06511
Telephone: (203) 624-4756
Facsimile: (203) 865-3673
rcoan@coanlewendon.com

# EXHIBIT A

Case Name:   Diane McDougall

Case Number:   19-50073 (JAM)

| Name and Address | Claim No. | Distrib. Amount | Small Dividend | Unclaimed Dividend |
|---|---|---|---|---|
| Diane McDougall<br>444 Bedford Street<br>#1E<br>Stamford, CT 06901 | | $290,653.93 | N/A | $290,653.93 |

**TOTAL AMOUNT REMITTED TO CLERK:**           $      N/A   $ 290,653.93