**nonresident alien. All Rights Reserved**

**: Diane-Marie: McDougall©**
c/o 444 Bedford Street, Unit 1E
Stamford, Connecticut [06901]
**Latitude** 40°58′ N to 42°03′ N; **Longitude** 71°47′ W to 73°44′ W

FILED
2021 JUL 13  P 12: 47
CLERK U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT

# United States Bankruptcy Court

District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

(Federal Reserve Bank in the 2nd JUDICIAL DISTRICT)

**Case Number:** 19-50073

**Chapter:** 7

**Filed:** -6/17021

**Entered:** 06/17/21

### NOTICE OF ADDRESS ERROR / Notice of Address Error

In re: Diane McDougall; *Debtor

There have been no judiciary and no "courts" in America since 1789, with the enactment of the First Judiciary Act of 1789.

To: Mr. Pietro Cocolini; Clerk of Court:

PLEASE TAKE DUE PROCESS NOTICE that this courtesy "Notice of Address Error" is being sent to your personal attention in response to the "NOTICE OF TELEPHONIC HEARING:" that is scheduled to occur on July 13, 2021; at 10:00 AM, in the Judicial District of CT. This notice is to inform this "court/forum" of the change of address for Diane McDougall, *Debtor.

All U.S. Citizens and Municipal citizens of the United States are Debtors/DEBTORS. Congress has stated that a citizen of the United States is a civilly dead entity, (Congressional Record, June 13, 1967, pp. 15641-15646). A "citizen of the United States" is a civilly dead entity operating as a co-trustee and co-beneficiary of the now defuncted PCT [public charitable (collective) trust], the constructive, cestui que trust

of US Inc. under the 14th Amendment, which upholds the debt of the USA and US Inc. in Section 4. *Documents attached.*

An entity can do no-thing. It must have a representative, an officer, agent, fiduciary or some man or woman to act on its behalf. This entity must have a name. The legal name of this entity is what is referred to as the ALL CAP NAME. All entities, foreign or domestic, must qualify to transact business in said "state". It must comply with all statutes concerning registration. All entities must have a registered office and a registered agent for service of process. An entity's or foreign entity's registered agent shall be its agent for service of process, notice, or demand required or permitted by law to be served on the entity or foreign entity.

I am not the registered agent nor receiver of process for the entity, Diane McDougall. Due to the alleged urgency of this legal/tax matter, as a courtesy, I will forward the original document(s) to Ms. Janet Yellen, in her capacity as Secretary of the U.S. Treasury and to the legal department of the Connecticut State Regional Office Department of the Treasury Internal Revenue Service Ogden UT 84201-0023; as well as, to other appropriate administrative agencies.

Further, on **02/18/2020** I cancelled the bankruptcy petition that Mr. Richard M. Coan ("Mr. Coan"), Trustee, is referencing in the attached letter, and I never authorized Ms. Christine Yeomans, to address any bankruptcy administration on my behalf.

Furthermore, I have no known contractual obligation(s) with any State or national (private) associations, nor with any Federal Reserve banking and or judicial district, and I accept no such obligation(s); nor do I consent to be trafficked on any international trading platform, whether public or private. I will not knowingly surrender my XI Amendment right of immunity protection from any foreign law(s) pursuant to the United States Constitution.

I am an American state national that is not operating under any form of disability, and I DO NOT CONSENT to stand as surety and I will not act as Guarantor for any financially and morally bankrupt (foreign) organizations, and I am emphatically refuting all illegal and unconstitutional presumptions that I have any personal obligation(s) pertaining to this legal / tax matter.

On **03/02/2021** via Certified Mail # **7018 1130 0000 9867 6878**, I submitted **IRS Form 8822 Change of Address** to the Connecticut State Regional Office for the Department of the Treasury Internal Revenue Service Ogden UT, on behalf of Diane McDougal, et alia.

The Surety

The surety, Diane McDougall, et alia, is an obligation of the U.S. treasury. (The instrument tendered to whomever, and negotiated to the United States Treasury for settlement, is an "Obligation of THE UNITED STATES," under Title 18USC Sect.8, representing, as the definition provides, a "certificate of indebtedness ….drawn upon an authorized officer of the United States," (in this instance the Secretary of the Treasury) "issued under an Act of Congress" (see: public law 73-10, HJR-192 of 1933, Title 31 USC 3123 and 31 USC 5103) and by treaty (see: UNITED NATIONS CONVENTION ON INTERNATIONAL BILLS OF EXCHANGE AND INTERNATIONAL PROMISSORY NOTES (UNCITRAL) and the Universal Postal Union headquartered in Bern, Switzerland).

Notice to agent is notice to principle; notice to principle is notice to agent; *"applicable to all successors and or assigns"*

**PLEASE UPDATE YOUR INTERNAL DATABASE TO REFLECT THE CORRECT MAILING INFORMATION:**

Diane McDougall c/o Connecticut State Regional Office for the Department of the Treasury Internal Revenue Service Ogden UT 84201-0023

I am not a terrorist as defined pursuant to Section 802 of the USA PATRIOT Act; nor am I an enemy of the state, as per title 50, Trading with the Enemy Act, (1933 as amended) but is at peace with all men, and I asseverate that the facts enumerated herein are set forth in good faith with clean hands and that the same are true, correct, complete and not misleading, so affirm without the United States. Explicitly reserving all rights without prejudice.

Dated: July 6, 2021

By: _____

: Diane-Marie: McDougall©; suis juris

An American without Disability

Cc:

Chief U.S. Bankruptcy Judge Manning:

Janet Yellen U.S. Secretary of Treasury

Ombudsman of the Federal Reserve Treasury

Richard J. Colangelo Jr. Chief State Attorney State Of CT

Leonard C. Boyle U.S. Attorney for the District of Connecticut

# CONSTITUTION ANNOTATED
Analysis and Interpretation of the U.S. Constitution

## Constitution of the United States

### Section 4

The validity of the public debt of the United States, authorized by law, including debts incurred for payment of pensions and bounties for services in suppressing insurrection or rebellion, shall not be questioned. But neither the United States nor any State shall assume or pay any debt or obligation incurred in aid of insurrection or rebellion against the United States, or any claim for the loss or emancipation of any slave; but all such debts, obligations and claims shall be held illegal and void.

### Section 5

The Congress shall have the power to enforce, by appropriate legislation, the provisions of this article.

Back to top

# Certificate of Mailing

*In international law, jurisdiction pertains to a delegated authority. Not to a geographical land mass.*

I, :Diane-Marie: McDougall©, herein declare that on 07/10/2021, I mailed a true and correct copy of this notice under the exclusive care and custody of the U.S.P.O. to the above annotated entities and the public officials located at the addresses indicated below:

Chief U.S. Bankruptcy Judge Manning
c/o **United States Bankruptcy Court**
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

**Ms. Janet Yellen, Secretary of the Treasury**
c/o The Department of the Treasury
1500 Pennsylvania Avenue NW
Washington, DC 20220

**Anna Maria Riezinger, Fiduciary**
The United States of America
In care of: Box 520994
Big Lake, Alaska 99652

**Connecticut State Regional Office**

Department of the Treasury
Internal Revenue Service
Ogden, UT 84201-0023
Attn: Legal Department

**Office of the Ombudsman - 2nd Judicial District**
c/o Federal Reserve Board
20th & C Streets, NW, Mail Stop 28
Washington, D.C. 20551
Attn: Ms. Margie Shanks, Deputy Secretary of the Federal Reserve Board of Governors

**Chief State Attorney Richard J. Colangelo Jr.**
State of Connecticut
Division of Criminal Justice
Office of the Chief State's Attorney
300 Corporate Place Rocky Hill CT 06067

*Note: A (wo)man who is a UK citizen is addressed as "Esq / Esquire",
and a man of foreign nationality is addressed as "Mr" or woman "Ms"; "Mrs" or "Miss".*

**RICHARD M. COAN, TRUSTEE**

495 ORANGE STREET

NEW HAVEN, CONNECTICUT 06511

TELEPHONE
(203) 624-4756
TELEFAX
(203) 865-3673
rcoan@coanlewendon.com

June 28, 2021

Diane McDougall
444 Bedford Street
#1E
Stamford, CT 06901

Dear Ms. McDougall:

 As you know, I am your bankruptcy trustee.

 Last fall both I and Christine Yeomans, your personal injury attorney, tried to contact you without success in order to make arrangements to deliver to you the sum of $200,000.00, representing an initial distribution of the surplus in your bankruptcy case, which initial distribution had been order by the Bankruptcy Court. When we were unable to contact you, I voided that check.

 Thereafter, as part of the final distribution in your bankruptcy case, I issued (but did not send) a check to you in the amount of $290,653.93, representing the full surplus in the case to which you are entitled.

 Because I was never able to contact you, I voided that sum has been turned over to the Clerk of the United States Bankruptcy Court. That sum is available for you to claim.

 Recently, Chief U.S. Bankruptcy Judge Manning has scheduled a hearing to be held on July 13, 2021 at 10:00 a.m. with regard to my final account in the case and with regard to my letter concerning the unclaimed funds that I have turned over to the Clerk.

 I have enclosed a copy of the hearing notice. If you have any questions about any of this, please contact me as soon as possible.

Very truly yours,

*/s/ Richard M. Coan*

Richard M. Coan, Trustee

RMC/lkg

# United States Bankruptcy Court

## District of Connecticut

Filed and Entered
On Docket
June 17, 2021

In re:
    Diane McDougall
    Debtor*

Case Number: 19-50073
Chapter: 7

### NOTICE OF TELEPHONIC HEARING

**PLEASE TAKE NOTICE** that a hearing will be held remotely using the ZoomGov platform pursuant to the Court's General Order #4 Regarding Court Operations under the Exigent Circumstances Created by COVID-19, and is scheduled in the above captioned case to be held on **July 13, 2021** at **10:00 AM** to consider and act upon the following matter(s):

> Letter of Unclaimed Funds Received from the Trustee in the Amount of 290,653.93 Filed by Trustee. (Re: Doc #88)
>
> Chapter 7 Trustee's Final Account and Distribution Report, Certification that the Estate has been Fully Administered and Application to be Discharged filed on behalf of Trustee RICHARD M. COAN Filed by U.S. Trustee. (Re: Doc #89)

**OBJECTION(S) DUE:** July 6, 2021 before 4:00 p.m. Untimely objections may not be considered.

**TO THE FILING PARTY:** If you or your attorney fail to participate in the above scheduled hearing, the court may enter an order denying the matter(s) identified above.

See below for ZoomGov Connection Instructions to participate via video and/or telephonically.

## Important Policy Notice to the Bar, Public, and Media

Persons granted remote access to hearings and other proceedings held before the Court via ZoomGov, CourtSolutions, CourtCall, or any other remote communication platform, are reminded that pursuant to policy of the Judicial Conference of the United States and D. Conn. Bankr. L. R. 5073-1, it is absolutely prohibited to record, photograph, rebroadcast or retransmit such proceedings (including streaming, screen-shots or any other audio or video reproduction).

A violation of these prohibitions is subject to sanctions, including but not limited to restricted access to future hearings, removal of court issued media credentials, or any other sanctions deemed necessary by the Court.

## ZOOMGOV REMOTE HEARING INFORMATION FOR PARTICIPANTS:

If you are the debtor, CM/ECF Filer, or CM/ECF User and will be participating in the above scheduled hearing, at least THREE business days before the scheduled hearing, you must contact the Clerk's Office for instructions to connect to the ZoomGov remote hearing by sending an email to the following court email address: CalendarConnect_BPT@ctb.uscourts.gov. If you do not have an email address, you may call the Clerk's Office at (203)579-5808 for the instructions.

**PUBLIC ACCESS TO REMOTE HEARING-LISTEN ONLY**: If you are **not a Remote Hearing Participant** but would like to listen to the hearing, please use the court hearing conference line at 1-877-336-1274 and input the Access Code: 1077800 when prompted.

For further instruction and best practices for appearing remotely utilizing ZoomGov, please find the ZoomGov Guide for Participants on our website at www.ctb.uscourts.gov.

Dated: June 17, 2021

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579-5808
VCIS* (866) 222-8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 – rms